# EXHIBIT "A"

**New Regs Research Group, LLC**
2350 N. University Drive #8305
Pembroke Pines, Florida 33024
O: (754) 400-0634
F: (888)-477-1370

10/09/2015

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826

Re: **Designated Third-Party Agent Authorization**

Property Owner(s): Vilma Martinez
Property Address: 14501 NW 2nd Ave
Miami, Florida 33168

Owner Address: 14501 NW 2nd Ave, Miami, Florida 33168

Mortgage Loan #: 0515406809

I/We hereby authorize Shellpoint Mortgage Servicing to obtain, share, release and or discuss with our Third-Party Designated Agents (hereinafter, "Agents") listed below, any and all details regarding the above referenced account. I/we further authorize our Agents to submit on our behalf any written Request, including, but not limited to, Request for Information (RFI) and Notice of Errors (NOE). Finally, I/we authorize my Agents to submit and escalate any complaint I/we may have regarding the Servicing of the above referenced Mortgage Loan.

**THIRD-PARTY DESIGNATED AGENT**
New Regs Research Group, LLC
2350 N. University Drive #8305
Pembroke Pines, Florida 33024
Email: dh@thenrrg.com

The servicer will take reasonable steps to verify the identity of a Third-Party, but has no responsibility or liability to verify such Third-Party. The Servicer also has no responsibility or liability for what the Third-Party does with such information.

I/we understand that I will be fully responsible for reviewing any information that is sent by, Shellpoint Mortgage Servicing to my Agents listed below. This Authorization will remain effective until I/we notify Shellpoint Mortgage Servicing writing that this Authorization is of no further force and effect.

I UNDERSTAND AND AGREE TO THE TERMS OF THIS THIRD-PARTY AGREEMENT:

_____
Vilma Martinez    10/09/2015